United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHENG I. CHENG,

    Plaintiff,

v.

DEPUTY AMMERMAN, et al.,

    Defendants.
                                       /

No. C 09-2380 WHA (PR)

**ORDER TO PAY INITIAL PAYMENT OF FILING FEE AND TO SHOW CAUSE**

This is a civil rights action filed pro se by a prisoner at the San Mateo County Jail. On July 16, 2009, plaintiff shall was ordered to pay an initial partial filing fee of $97.00 within thirty days. It was indicated that funds for the remainder of the filing fee would be taken from income to plaintiff's account in accordance with 28 U.S.C. 1915(b)(2). To date, plaintiff has not paid the initial partial filing fee, nor has he explained his failure to do so. Within thirty (30) days of the date this order is filed plaintiff shall pay the initial partial filing fee of $97.00 *and* show cause why he failed to do so before August 16, 2009. If plaintiff fails to do so, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: November  30 , 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\CHENG2380.PAY&OSC.wpd