IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHENG I. CHENG,

Plaintiff,

v.

DEPUTY AMMERMAN, et al.,

Defendants.

No. C 09-2380 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by California prisoner. The clerk sent him a copy of the Order to Show Cause on November 30, 2010, to the state hospital address where plaintiff last indicated that he was located. On December 6, 2010, the order was returned as undeliverable. Plaintiff has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: February  14 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\CHENG2380.DSM.311.wpd